IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CRAIG INNES LEE,**

    **Plaintiff,**

**v.**                                           **Case No. 1:22-cv-123-AW-MJF**

**CLOVIS WATSON, JR.,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTIONS FOR EXTENSION

I granted Craig Innes Lee's request for an extended deadline to object to the magistrate judge's pending report and recommendation. ECF No. 24. Lee has since sought further extensions, ECF Nos. 25, 26, but he has not shown good cause. He indicates he may be able to further amend the complaint, but as the magistrate judge explained in the report and recommendation, he has already had that opportunity. He further says without elaboration that he has had inadequate time "to obtain the needed information in which to be able to respond." ECF No. 26 at 2. In short, I conclude he has not shown any basis for a further extension, and in my discretion, I deny the extension requests.

I now turn to the magistrate judge's November 8 report and recommendation. ECF No. 22. I have carefully considered the matter, and I conclude the report and recommendation should be adopted.

It is now ORDERED:

1. The report and recommendation (ECF No. 22) is adopted and incorporated into this order.

2. The extension motions (ECF Nos. 25, 26) are DENIED.

3. The clerk will enter a judgment that says, "This case is dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim."

4. The clerk will then close the file.

SO ORDERED on January 3, 2023.

                                                        s/ *Allen Winsor*  
                                                      United States District Judge